UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| RICHARD SCROGGINS (#101395) | DOCKET NO. 15-cv-1768; SEC. P |
| VERSUS | JUDGE TRIMBLE |
| GLORIA A. STOKES, ET AL. | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Plaintiff, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Plaintiff'S requests for temporary restraining orders [Doc. #7, 8, and 18] are hereby **DENIED**.

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, on this 28th day of August, 2015.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE